1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  3667 Voltaire Street
4  San Diego, CA  92106-1253
   Tel:    619/758-1891
5  Fax:    619/222-3667
6  dpk@sessions-law.biz
   alimberg@sessions-law.biz
7
8  Attorney for NCO Financial Systems, Inc.

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 | DONNA CRANE,                      ) Case No. 08-CV-03103-JAM-KJM
                                       )
13 |              Plaintiff,           )
                                       )
14 |      vs.                          ) NOTICE OF SETTLEMENT
                                       )
15 | NCO FINANCIAL SYSTEMS, INC.,      )
                                       )
16 |              Defendant.           )
                                       )
17 |                                   )
                                       )
18

19      NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and

20 Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of

21 this action in its entirety with prejudice within 30 days.  The parties jointly request  that
22
23 ///
24 ///
25 ///
26
27 ///
28

                              Notice of Settlement
                                      1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 8, 2009, for filing dispositional documents.

Dated: 5/8/09                    KROHN & MOSS, LTD.

                                 /s/Ryan Lee
                                 Ryan Lee
                                 Attorney for Plaintiff
                                 Donna Crane

Dated: 5/8/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 /s/ Albert R. Limberg
                                 Albert R. Limberg
                                 Attorney for Defendant
                                 NCO Financial Systems, Inc.