Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA CRANE, | ) Case No.  08-CV-03103-JAM-KJM |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

Plaintiff, DONNA CRANE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on December 19, 2008.  NCO filed its responsive pleading on January 21, 2009.  DONNA CRANE filed a Notice of Acceptance of NCO's Offer of Judgment on March 19, 2009.  Prior to the Court entering judgment pursuant to the offer of judgment, the parties resolved the action in its entirety and filed a Notice of Settlement on May 8, 2009.  As part of said resolution, the parties agree to dismiss the entire action

PDF created with pdfFactory trial version www.pdffactory.com

with prejudice.   The court is to retain jurisdiction for purposes of enforcement of the settlement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.


Dated:  6/12/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   /s/Albert R. Limberg
                                   Albert R. Limberg,
                                   Attorney for Defendant,
                                   NCO Financial Systems, Inc.


Dated: 6/12/09                     KROHN & MOSS, LTD.

                                   /s/ Ryan Lee
                                   Ryan Lee,
                                   Attorney for Plaintiff,
                                   Donna Crane


IT IS SO ORDERED.

Dated:  June 12, 2009              /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Judge

Stipulation to Dismiss With Prejudice

PDF created with pdfFactory trial version www.pdffactory.com